UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Eastern District of Kentucky
**FILED**
NOV 14 2008
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

Civil Action No. 08-97-HRW

PATRICIA JOHNSON,          PLAINTIFF,

v.          **JUDGMENT**

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,          DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.    pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

B.    the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

C.    this action is **STRICKEN** from the active docket of the Court.

This November 15, 2008.



Signed By:
*Henry R Wilhoit Jr.*
**United States District Judge**